IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS FOR A PLAN UNDER CHAPTER 13 |
| MARY MARGARET CROOKS | CASE NO.: 05-71032- -13<br>DIVISION 7 |

SSN: (1)  XXX-XX-7397     (2)  XXX-XX-0000

ORDER DIRECTING EMPLOYER TO MAKE PAYMENTS TO TRUSTEE

   It is ordered that the herein named employer of the debtor noted above is hereby directed, until further order of this Court, to deduct from the earnings of the debtor beginning with the next payday following the receipt of said order, and to pay directly for the debtor forthwith to: Richard V. Fink, Trustee; P.O. Box 1839; Memphis, TN 38101-1839 the amount of $   400.00  per month

   It is further ordered that the employer notify the Trustee of any termination of employment of debtor and the reason for such termination, and it is further

   Ordered that all salary, commissions, and wages of the debtor, except the amount required to be withheld by the provisions of any federal or state law, or regulation on insurance, pension or union dues agreement between the employer and the debtor, or by the order of the Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure, and that no deduction other than the authorized or directed deductions by this order be made by said employer.

   You can contact the trustee's office at (816) 842-1031.

        SELECT SPECIALTY PROSPECT
        ATTN:   PAYROLL
        10550 QUIVIRA RD
        STE 450
        LENEXA KS 66215

   Failure to comply with this order may result in your plan being dismissed.

                                            /s/ Arthur B. Federman
Date Prepared:  October 20, 2005
                                            Bankruptcy Judge

MARY MARGARET CROOKS

11328 BLUE RIDGE BLVD
APT 1
KANSAS CITY MO 64134