# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: MARY MARGARET CROOKS                              CASE NUMBER: 05-71032
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  10/21/2005   :

By First Class Mail :

MARY MARGARET CROOKS, 11328 BLUE RIDGE BLVD, APT 1, KANSAS CITY MO  64134, ,
SELECT SPECIALTY PROSPECT  ATTN:  PAYROL, 10550 QUIVIRA RD, STE 450, LENEXA KS  66215, ,

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:   10/21/2005            Signature: _____Robert J. Wallace, Jr._____
                                         Premium Graphics, Inc.
                                         2099 Thomas Road Suite 10
                                         Memphis, TN 38134

                                                              FG535/VXM
                                                              1020 1337

              IN THE UNITED STATES BANKRUPTCY COURT
                   WESTERN DISTRICT OF MISSOURI


IN THE MATTER OF                         IN PROCEEDINGS FOR A PLAN
                                         UNDER CHAPTER 13


MARY MARGARET CROOKS                     CASE NO.: 05-71032- -13
                                              DIVISION 7

SSN:  (1)  XXX-XX-7397      (2)  XXX-XX-0000

           ORDER DIRECTING EMPLOYER TO MAKE PAYMENTS TO TRUSTEE

     It is ordered that the herein named employer of the debtor noted above
is hereby directed, until further order of this Court, to deduct from the
earnings of the debtor beginning with the next payday following the receipt
of said order, and to pay directly for the debtor forthwith to:
Richard V. Fink, Trustee; P.O. Box 1839; Memphis, TN 38101-1839
the amount of $  400.00  per month

     It is further ordered that the employer notify the Trustee of any
termination of employment of debtor and the reason for such termination,
and it is further

     Ordered that all salary, commissions, and wages of the debtor, except
the amount required to be withheld by the provisions of any federal or
state law, or regulation on insurance, pension or union dues agreement
between the employer and the debtor, or by the order of the Court, be paid
to the aforesaid debtor in accordance with the employer's usual payroll
procedure, and that no deduction other than the authorized or directed
deductions by this order be made by said employer.

     You can contact the trustee's office at (816) 842-1031.

          SELECT SPECIALTY PROSPECT
          ATTN:  PAYROLL
          10550 QUIVIRA RD
          STE 450
          LENEXA KS 66215


     Failure to comply with this order may result in your plan being
dismissed.
                                        /s/ Arthur B. Federman
Date Prepared:  October 20, 2005
                                          Bankruptcy Judge


MARY MARGARET CROOKS

11328 BLUE RIDGE BLVD
APT 1
KANSAS CITY MO 64134