```
                    UNITED STATES BANKRUPTCY COURT
                      Western District of Missouri


In re:                          )
                                )
Mary Crooks,                    )
              Debtor,           )
                                ) Case No. 05-71032
                                )
                                ) Chapter 13
                                )
Richard V. Fink,                ) DEBTOR'S ANSWER TO
              Movant,           ) MOTION TO DENY CONFIRMATION
                                )
vs.                             )
                                )
Mary Crooks,                    )
              Respondent.       )
                                ) Castle Law Offices
                                ) 818 Grand Blvd.
                                ) Ste. 700
                                ) Kansas City, MO 64106
```

**<u>DEBTOR'S ANSWER TO MOTION TO DENY CONFIRMATION</u>**

Comes Now Debtor, Mary Crooks, by and through her attorney of record, Jason C. Amerine, and answers the Motion to Deny Confirmation as follows:

1. That on or about December 15, 2005, the Chapter 13 Trustee filed a Motion to Deny Confirmation because Debtor has not commenced making her plan payment.
2. That Debtor intends to convert to a Chapter 7 bankruptcy.

WHEREFORE, Debtor respectfully requests this Court enter an order denying Trustee's Motion to Deny Confirmation; and for such other and further relief as this Court deems necessary and proper.

RESPECTFULLY SUBMITTED,

Castle Law Office of Kansas City

By: /s/Jason C. Amerine
Jason C. Amerine #50857
Castle Law Office of Kansas City
P:   816-842-6200
F:   816-421-5403
Attorney for Debtor

**Certificate of Service**

The undersigned hereby certifies that a true and accurate copy of the foregoing Answer to Motion to Deny Confirmation via electronic filing, on the following parties this January 4, 2006.

/s/Jason C. Amerine
Jason C. Amerine #50857

Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106