## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE | ) |
| | ) |
| MARY MARGARET CROOKS, | ) Chapter 13 |
| | ) Case No. 05-71032-ABF-13 |
| | ) |
| Debtor(s). | ) |

### WITHDRAWAL OF MOTION TO DISMISS

COMES NOW the Missouri Department of Revenue and hereby withdraws its Motion to Dismiss in this case filed on or about December 16, 2005.

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

**By:   /s/ Dwayne C. Jefferson**
Dwayne C. Jefferson, Mo. Bar # 58056
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-Mail:  bankruptcy@dor.mo.gov
Attorney for Department of Revenue.