```
                  IN THE UNITED STATES BANKRUPTCY COURT FOR
                       THE WESTERN DISTRICT OF MISSOURI


In Re:                         )
                               )
Mary Crooks,                   )
                               ) Case No. 05-71032
                               )
                               )
              Debtor,          ) Chapter 13
                               )
```

**DEBTOR'S MOTION TO CONVERT CHAPTER 13 CASE TO
CHAPTER 7 PURSUANT TO 11 U.S.C. SECTION 1307**

Comes now the Debtor, Mary Crooks, by and through her attorney of record, Jason C. Amerine, and for her Motion to Convert from Chapter 13 Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307, state as follows:

1. That on or about, October 15, 2005, Debtor filed a petition for relief Under 11 U.S.C., Chapter 13.

2. That Debtor requests to convert her Chapter 13 case to a Chapter 7.

WHEREFORE, Debtor prays this Court enters an Order granting her Motion to Convert Chapter 13 case to Chapter 7 Pursuant to 11 U.S.C. 1307; and for such other and further relief this Court deems reasonable and necessary.

```
                              RESPECTFULLY SUBMITTED

                              CASTLE LAW OFFICES OF KANSAS CITY


                              By:/s/Jason C. Amerine
                                 Jason C. Amerine, #50857
                                 Attorney for Debtor
                                 818 Grand Blvd., Ste. 700
                                 Kansas City, MO  64106
                                 (816) 842-6200
                                 Fax:(816) 421-5403
```

**NOTICE OF OBJECTION DEADLINE**

**NOTICE IS HEREBY GIVEN** that within 20 days from the date of service of this notice, creditors may file objections as to why the Motion should not be granted with the **U.S. Bankruptcy Court, 400 East 9th Street, Kansas City, Missouri 64106, and serve a copy on debtor's counsel.** If objections are timely filed, the Court will rule on the matter from the pleading or set the objections for a hearing, if appropriate. If no objections are filed, the Court will enter its order without further notice.

**CERTIFICATE OF SERVICE**

    The undersigned hereby states that a true copy of the foregoing Motion to Convert Case from Chapter 13 to Chapter 7 was mailed via first class mail, postage pre-paid, or mailed via electronic filing system to the party listed below and the attached Matrix, on this 14th day of February 2006.

                                                _/s/Jason C. Amerine___
                                                Jason C. Amerine #50857

Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd., Ste 800
Kansas City, MO 64106

| | | |
|---|---|---|
| Arrow Financial<br>8589 Aero Dr., Suite 600<br>San Diego CA 92123 | Bank One<br>PO Box 94015<br>Palatine IL 60094-4015 | CAC Financial<br>2601 NW Expressway<br>Suite 1000 E<br>Oklahoma City OK 73112-7236 |
| Capital One<br>PO Box 26030<br>Richmond VA 23260 | Cass Medical Center<br>1800 E. Mechanic<br>Harrisonville MO 64701 | Centrix<br>PO Box 17669<br>Denver CO 80217-0669 |
| Cross Country Bank<br>PO Box 10004<br>Huntington WV 25770-0004 | Dept Recovery<br>PO Box 9001<br>Westbury NY 11590 | Direct Loans<br>PO Box 530260<br>Atlanta GA 30353-0260 |
| IRS<br>P.O .box 970011<br>Saint Louis MO 63197 | Kansas Counselors<br>PO Box 14765<br>Shawnee Mission KS 66215 | Midland Credit Management<br>5775 Roscoe Court<br>San Diego CA 92123 |
| Private Investers<br>3003 E Chestnut Expressway<br>Suite 100<br>Springfield MO 65802 | Research Hospital<br>2316 Myer Blvd<br>Kansas City MO 64132 | Southfork<br>1301 N. Scott Ave.<br>Belton MO 64012-4515 |
| Southwestern Bell<br>841 E. Hunting Path Ave<br>Philadelphia PA 19124 | Sprint<br>P.O. Box 219554<br>Kansas City MO 64121-9554 | St. Joseph Medical Center<br>1000 Carondelet Drive<br>Kansas City MO 64114 |
| T-Mobile<br>Financial Service Dept\Bankruptcy<br>P.O. Box 37380<br>Albuquerque NM 87176 | Truman Hospital<br>2301 Holmes<br>Kansas City MO 64108-2634 | UMB Bank<br>906 Grand Blvd<br>Kansas City MO 64141 |