FG534/PB
0217 0949

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS FOR A PLAN UNDER CHAPTER 13 |
| MARY MARGARET CROOKS | |
| | CASE NO.: 05-71032-3-13 DIVISION 7 |
| SSN: (1) XXX-XX-7397  (2) XXX-XX-0000 | |
| | DATE: February 17, 2006 |

ORDER CANCELLING WAGE ORDER TO EMPLOYER

You are hereby notified that the order issued to you to pay the Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.

Dated:  February 17, 2006            /s/ Arthur B. Federman

                                     Bankruptcy Judge


                                     SELECT SPECIALTY PROSPECT
                                     10600 QUIVIRA RD # 250

                                     OVERLAND PARK KS 66215-2311
                                           (#079427)

MARY MARGARET CROOKS

11328 BLUE RIDGE BLVD # 1

KANSAS CITY MO 64134-0000