# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: MARY MARGARET CROOKS                CASE NUMBER: 05-71032
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _02/21/2006_ :

By First Class Mail :

MARY MARGARET CROOKS, 11328 BLUE RIDGE BLVD # 1, KANSAS CITY MO  64134, , ,
SELECT SPECIALTY PROSPECT  ATTN:  PAYROL, 10600 QUIVIRA RD # 250, OVERLAND PARK KS  66215-2311, , ,

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date: __02/21/2006__        Signature: _____*Robert J. Wallace, Jr.*_____
                                       Premium Graphics, Inc.
                                       2099 Thomas Road Suite 10
                                       Memphis, TN 38134

FG534/PB
0217 0949

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN THE MATTER OF                           IN PROCEEDINGS FOR A PLAN
                                           UNDER CHAPTER 13

MARY MARGARET CROOKS

                                           CASE NO.: 05-71032-3-13
                                                DIVISION 7
SSN: (1) XXX-XX-7397  (2) XXX-XX-0000

                                           DATE: February 17, 2006


ORDER CANCELLING WAGE ORDER TO EMPLOYER

   You are hereby notified that the order issued to you to pay the
Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.


Dated: February 17, 2006             /s/ Arthur B. Federman

                                     Bankruptcy Judge



                                     SELECT SPECIALTY PROSPECT
                                     10600 QUIVIRA RD # 250

                                     OVERLAND PARK KS 66215-2311
                                          (#079427)

MARY MARGARET CROOKS

11328 BLUE RIDGE BLVD # 1

KANSAS CITY MO 64134-0000