**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE:                                                             IN PROCEEDINGS FOR A PLAN
                                                                   UNDER CHAPTER 13
**MARY MARGARET CROOKS**

                                                                   CASE NO.: 05-71032-3-13

**TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF**

   RICHARD V. FINK, TRUSTEE, for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC Section 1302(b)(1).

   **Any response to the notice must be filed with the Clerk of the United States Bankruptcy Court.** Documents can be filed eletronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If you received this notice via fax, email or EDI, it may not be docketed with the U.S. Bankruptcy Court for 1-3 business days. If the debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. If you have questions about this document, contact your attorney.

1.   The case was filed on Oct 15, 2005 and the plan was not confirmed. The case was subsequently converted before confirmation on Feb 15, 2006.

2.   The amount paid to the Trustee by or on behalf of the debtor(s) was $        .00.

3.   The trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amount | Principal Paid | Interest Paid | Balance Due |
|---|---|---:|---:|---:|---:|
| MIDWEST UNITED CU | SECURED | $ 13,940.66 | $ .00 | $ .00 | $ .00 |
| IRS/US TREASURY | FEDERAL TAXES | $ 1,696.80 | $ .00 | $ .00 | $ .00 |
| ARROW FINANCIAL | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| BANK ONE | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| CAC FINANCIAL CORP | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| CAPITAL ONE BANK | GENERAL UNSECURED | $ 2,598.28 | $ .00 | $ .00 | $ .00 |
| CASS MEDICAL CTR | GENERAL UNSECURED | $ 1,070.75 | $ .00 | $ .00 | $ .00 |
| JEFFERSON CAPITAL SYSTEMS | GENERAL UNSECURED | $ 696.80 | $ .00 | $ .00 | $ .00 |
| DIRECT LOANS | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| KANSAS COUNSELORS | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| KANSAS COUNSELORS | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| KANSAS COUNSELORS | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| MIDLAND CREDIT UNION | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| PRIVATE INVESTORS INC | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| RESEARCH HOSPITAL | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| SOUTHFORK | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| SOUTHWESTERN BELL TELEPHO | GENERAL UNSECURED | $ 494.56 | $ .00 | $ .00 | $ .00 |
| SPRINT | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| ST JOSEPH MEDICAL CENTER | GENERAL UNSECURED | $ 5,892.33 | $ .00 | $ .00 | $ .00 |
| T MOBILE USA INC | GENERAL UNSECURED | $ 113.26 | $ .00 | $ .00 | $ .00 |
| TRUMAN HOSPITAL | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |
| UMB BANK | Not Filed | $ .00 | $ .00 | $ .00 | $ .00 |

| Creditor | Type | Amount | | | |
|---|---|---|---|---|---|
| RUSKIN PLACE APTS | Paid Direct | $ .00 | $ .00 | $ .00 | $ .00 |
| IRS/US TREASURY | GENERAL UNSECURED | $ 2,403.73 | $ .00 | $ .00 | $ .00 |
| CAPITAL ONE BANK | GENERAL UNSECURED | $ 1,616.24 | $ .00 | $ .00 | $ .00 |
| JP MORGAN CHASE BANK NA | GENERAL UNSECURED | $ 4,879.15 | $ .00 | $ .00 | $ .00 |
| PORTFOLIO RECOVERY ASSOC | GENERAL UNSECURED | $ 131.45 | $ .00 | $ .00 | $ .00 |

4.     Summary of Disbursements:

|                | Secured    | Priority  | Unsecured  | Continuing Debt  | Total     |
|----------------|-----------:|----------:|-----------:|-----------------:|----------:|
| Claim Amount   | $ 13,940.66 | $ 1,696.80 | $ 19,896.55 | Continuing Debt | $ 35,534.01 |
| Principal Paid | $ .00      | $ .00     | $ .00      | $ .00            | $ .00     |
| Interest Paid  | $ .00      | $ .00     | $ .00      | $ .00            | $ .00     |

5.     The general unsecured creditors were scheduled to receive   .00% of their filed and allowed claims.

6.     Costs of Administration
       The clerk was paid $     .00 for the filing fee.
       The debtor's attorney was allowed $ 1,750.00 and was paid $     .00.
       The trustee was paid $     .00 pursuant to 11 USC section 1302.
       Refunds to the debtor total $     .00.

       The trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

       Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Dated:  Mar 09, 2006                          /s/ Richard V. Fink, Trustee
                                              Richard V. Fink, Trustee
                                              818 Grand Blvd. Ste. 800
                                              Kansas City, MO 64106-1901

cc:  Debtor(s)
     CASTLE LAW OFFICE OF KC PC
         (#006000)