## UNITED STATES BANKRUPTCY COURT
### Western District of Missouri

F I L E D

3/10/06

Clerk, U.S. Bankruptcy Court
Western District of Missouri

In Re: Mary Margaret Crooks
       Debtor

Case No.: 05–71032–abf

Chapter:  7

**NOTICE OR ORDER APPROVING FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE: CLOSING CHAPTER 13 ESTATE BECAUSE OF CONVERSION TO CHAPTER 7 BANKRUPTCY AND ACCORDINGLY DISCHARGING THE CHAPTER 13 TRUSTEE AND RELEASING HIM FROM LIABILITY ON HIS BOND EFFECTIVE 30 DAYS FROM THE DATE HEREOF TO GRANT CREDITORS AN OPPORTUNITY TO OBJECT TO THE ENTRY OF THESE ORDERS**

Richard V. Fink, Chapter 13 Standing Trustee, has petitioned this Court for a final order discharging him as trustee and closing the estate of the above–named debtor(s). The files and records of the Court show that the Chapter 13 proceedings have been converted to Chapter 7 and that the accounting rendered by the Chapter 13 trustee is true and correct. However, the creditors herein will be granted 30 days from the date hereof to file, in writing, any objections they may have to the Chapter 13 trustee's Final Report and Account and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein. The Chapter 13 trustee's Final Report and Account are on file with the Clerk of the Bankruptcy Court. It is therefore

ORDERED that the Final Report and Account of Richard V. Fink, Chapter 13 Standing Trustee, be and the same is hereby approved. It is further

ORDERED that the Chapter 13 estate herein be, and it is hereby, closed. It is further

ORDERED that Richard V. Fink, Chapter 13 Standing Trustee, be, and he is hereby, discharged as the trustee of the above–named debtor(s), and according that Richard V. Fink and the surety on his bond be, and they are hereby, released from any and all liability upon that bond on account of the subject proceedings arising hereafter. It is further

ORDERED that the above and foregoing order be, and the same are hereby, effective and final 30 days from the date hereof to meantime grant creditors an opportunity to file in writing any objections they many have to the trustee's Final Report and Account, and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein.

Date of issuance: 3/10/06

/s/  Arthur B. Federman

_____
UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

District/off: 0866-4              User: shannonk              Page 1 of 2              Date Rcvd: Mar 10, 2006
Case: 05-71032                   Form ID: 535                Total Served: 41

The following entities were served by first class mail on Mar 12, 2006.
```
db        +Mary Margaret Crooks,   11328 Blue Ridge Blvd.,  Apt. 1,  Kansas City, MO 64134-3209
aty       +Jason C. Amerine,  Castle Law,  818 Grand Blvd., Ste 700,  Kansas City, MO 64106-1913
tr        +Maureen Scully,  P.O. Box 30233,  Kansas City, MO 64112-3233
smg        Missouri Department of Revenue,  General Counsel's Office,  PO Box 475,
            Jefferson City, MO  65105-0475
11795570  +Aquila,  PO Box 4649,   Carol Stream IL 60197-4649
11700858  +Arrow Financial,   8589 Aero Dr., Suite 600,   San Diego CA 92123-1722
11791194   Arrow Financial Services LLC,  c/o Becket and Lee, LLP,  P.O. Box 3001,  Malvern, PA 19355-0701
11700859   Bank One,  PO Box 94015,   Palatine IL 60094-4015
11700860  +CAC Financial,   2601 NW Expressway,  Suite 1000 E,  Oklahoma City OK 73112-7238
11764548  +CAPITAL ONE BANK,  C/O TSYS DEBT MGMT,  PO BOX 5155,  NORCROSS, GA 30091-5155
11700861  +Capital One,  PO Box 26030,  Richmond VA 23260-6030
11700862  +Cass Medical Center,  1800 E. Mechanic,  Harrisonville MO 64701-2017
11795571  +Comcast,  4700 Little Blue Pkwy.,  Independence MO  64057-8304
11700864   Cross Country Bank,  PO Box 10004,  Huntington WV 25770-0004
11700865  +Dept Recovery,  PO Box 9001,  Westbury NY 11590-9001
11700866   Direct Loans,  PO Box 530260,  Atlanta GA 30353-0260
11700867  ++INTERNAL REVENUE SERVICE,  CENTRALIZED INSOLVENCY OPERATIONS,  PO BOX 21126,
            PHILADELPHIA PA 19114-0326
           (address filed with court:  IRS,  P.O .box 970011,  Saint Louis MO 63197-0011)
11758473  ++INTERNAL REVENUE SERVICE,  CENTRALIZED INSOLVENCY OPERATIONS,  PO BOX 21126,
            PHILADELPHIA PA 19114-0326
           (address filed with court:  Internal Revenue Service,  SB/SE, Insolvency,  Terr 9, Grp 2,
            PO BOX 66778, Stop 5334 STL,  St. Louis, MO 63166-6778)
11766314  +JP Morgan Chase/Bank One N.A.,   NPS,  370 S. Cleveland Ave. #2047,  Westerville, OH 43081-8917
11763796   Jefferson Capital Systems, LLC,  POB 23051,  Columbus, GA 31902-3051
11700868  +Kansas Counselors,  PO Box 14765,  Shawnee Mission KS 66285-4765
11700869  +Midland Credit Management,  5775 Roscoe Court,  San Diego CA 92123-1399
11773465  +Midwest United Federal Credit Union,  c/o Centrix Financial, LLC,  6782 South Potomac St.,
            Centennial, CO 80112-3915
11791530  +Missouri Department of Revenue,  P O Box 475,  Jefferson City, MO 65105-0475
11761985  +Portfolio Recovery Associates, LLC,  PO Box 41067,  Norfolk, VA 23541-1067
11700870  +Private Investers,  3003 E Chestnut Expressway,  Suite 100,  Springfield MO 65802-2564
11795572  +Raymore Water Department,  100 N Municipal,  Raymore MO 64083-9217
11700871  +Research Hospital,  2316 Myer Blvd,  Kansas City MO 64132-1199
11795573  +Ruskin Place Apartments,  11418 Blue Ridge Blvd.,  Kansas City MO 64134-3222
11700872   Southfork,  1301 N. Scott Ave.,  Belton MO 64012-4515
11700873  +Southwestern Bell,  841 E. Hunting Path Ave,  Philadelphia PA 19124-4824
11700874   Sprint,  P.O. Box 219554,  Kansas City MO 64121-9554
11700875  +St. Joseph Medical Center,  1000 Carondelet Drive,  Kansas City MO 64114-4865
11795574  +Sun Loan Co.,  1805 E. North Ave,  Belton MO 64012-2128
11700876  +T-Mobile,  Financial Service DeptBankruptcy,  P.O. Box 37380,  Albuquerque NM 87176-7380
11775219  +T-Mobile, Bankruptcy,  PO Box 53410,  Bellevue, WA 98015-3410
11795575   Time Warner Cable,  12900 S 71 HWY,  Grandview MO 64030-0000
11700877  +Truman Hospital,  2301 Holmes,  Kansas City MO 64108-2640
11700878  +UMB Bank,  906 Grand Blvd,  Kansas City MO 64106-2007
11795576  +World Finance,  12024 Blue Ridge,  Grandview MO 64030-1154
```

The following entities were served by electronic transmission on Mar 10, 2006 and receipt of the transmission
was confirmed on:
```
11700863    Fax: 866-393-1342 Mar 10 2006 21:06:24   Centrix,  PO Box 17669,  Denver CO 80217-0669
                                                                                          TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0866-4        User: shannonk           Page 2 of 2           Date Rcvd: Mar 10, 2006
Case: 05-71032             Form ID: 535              Total Served: 41
```

```
        ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2006**                    **Signature:**