IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF MISSOURI

```
In Re:                         )
                               )
Mary Crooks,                   )
                               )  Case No. 05-71032
                               )
                               )
              Debtor,          )  Chapter 7
                               )
Ruskin Place Apartments,       )
                               )
              Creditor/Movant, )
                               )
vs.                            )
                               )
Mary Crooks,                   )
                               )
              Respondent.      )
```

## AGREED ORDER RESOLVING CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Debtor, Mary Crooks, by and through her attorney of record, Jason C. Amerine, and Creditor, Ruskin Garden Apartments, by and through its attorney of record, Timothy J. Thompson., and present to the Court the following Agreed Order Resolving Creditor's Motion for Relief from Automatic Stay:

1. The Bankruptcy Court has jurisdiction over this contested matter pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rules 4001 and 9014, and 11 U.S.C. §§ 105(a) and 362.

2. Debtor filed her case under Chapter 13 of the Bankruptcy Code on October 15, 2005, which was subsequently converted to a Chapter 7 on February 15, 2006.

3. On or about September 7, 2004, Debtor entered into a Lease with Creditor for the premises known as 11328 Blue Ridge Blvd., Apt. 1, Kansas City, Mo. 64134, Jackson County Missouri.

4.  Debtor agrees Creditor is entitle to possession of the premises.

5.  Debtor has listed to post-petition pre-conversion debt to be discharged on Schedule F.

6.  The parties herein agree that the Automatic Stay shall be lifted to restore possession of the premises to the Creditor and Creditor may proceed with any action to restore possession permitted by Missouri law.

Respectfully submitted by:

__/s/ Jason C. Amerine___
Jason C. Amerine #50857
The Castle Law Office
818 Grand, Ste. 700
Kansas City, Mo. 64106
Telephone 816-842-6200
Facsimile 816-421-5403

Approved by:

_/s/ Timothy J. Thompson_
Timothy J. Thompson
7 North Water Street
Liberty, MO 64068

DATED                                                          SO ORDERED:

                                                               /s/Arthur B. Federman
                                                               Arthur B. Federman
                                                               U.S. BANKRUPTCY JUDGE

Dated: April 11, 2006

TIMOTHY THOMPSON TO SERVE PARTIES NOT RECEIVING ELECTRONIC NOTICE